IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LARRY R. WILCOX,

    Plaintiff,

vs.                                      CASE NO.: 1:05cv110-SPM/AK

SANTA FE COMMUNITY COLLEGE,

    Defendant.

_____/

## ORDER DISMISSING CASE

This cause comes before the Court on Defendant Santa Fe Community College's motion to dismiss (doc. 3). Plaintiff failed to respond to the motion as required under the local rules, which by itself is sufficient cause to grant the motion. N.D. Fla. Loc. R. 7.1(C). There are, however, other reasons for granting the motion to dismiss.

First, Plaintiff names Santa Fe Community College as a defendant, but the proper party to name is The District Board of Trustees of Santa Fe Community College, Florida. See § 1001.63, Fla. Stat.; United States v. Olavarrieta, 812 F.2d 640, 643 (11th Cir. 1987). Second, to the extent Plaintiff bases his claims on violations of Title VII, the Americans with Disabilities Act, or the Florida Civil Rights Act, he has not alleged exhaustion of administrative remedies. Third, Plaintiff has not served any proper defendant within the time limits proscribed by

Federal Rule of Civil Procedure 4(m).  Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The motion to dismiss (doc. 3) is granted.

    2.    The complaint is dismissed with prejudice as to Defendant Santa Fe Community College.

    3.    The complaint is dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), as to any other defendant.

    4.    The clerk shall close this case.

    DONE AND ORDERED this 13th day of December, 2005.

                    *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge